UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-173-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| ANTHONY JERROD HIGH | |

On motion of the Defendant, Anthony J. High, and for good cause shown, it is hereby

ORDERED that the **[DE-54]** be sealed until further notice by this Court.

IT IS SO ORDER.

This $\partial 6$ day of November, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
Chief United States District Judge